IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3017 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TORRENCE J. TERRY, | ) | |
| | ) | |
| Defendant. | ) | |

The government has moved to continue the trial currently set for June 1, 2010. Filing No. 30. The government counsel states the parties need additional time to either negotiate a plea or prepare for trial. The defendant does not oppose the requested continuance. The Court finds the motion to continue should be granted.

IT IS ORDERED:

1) The government's unopposed motion to continue, (filing no. 30), is granted.

2) The trial of this case is set to commence at 9:00 a.m. on August 2, 2010 for a duration of four trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the government's motion, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendants and the public in a speedy trial. Accordingly, the time between today's date and August 2, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 19th day of May, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge