IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3017 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TORRENCE J. TERRY, | ) | |
| | ) | |
| Defendant. | ) | |

Citing a breakdown in the attorney-client relationship, Mark A. Weber, counsel for defendant Torrence J. Terry, has moved to withdraw as counsel.  Filing No. 42.  A hearing was held before me today to explore whether Mr. Weber can or should continue representing Mr. Terry.  Based on the representations of defense counsel and the defendant at the hearing, the court finds the motion to withdraw should be granted.

Accordingly,

IT IS ORDERED:

(1)     The motion to withdraw filed by attorney Mark A. Weber, (filing no. 42), is granted.  The clerk shall delete Mr. Weber from any future ECF notifications herein.

(2)     The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

DATED this 8th day of September, 2010.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge