IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3017 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| TORRENCE J. TERRY, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Today I conferred with counsel in chambers.  The defendant has filed a variance motion suggesting that I should vary downward because of the defendant's minimal criminal history (see filing 67).  The plea agreement and the plea colloquy could be construed to prohibit such a motion.  Indeed the government so argues.  However, after consideration of the matter, I conclude that the plea agreement does allow the defendant to file a motion for variance, limited, however, to the argument that the defendant's criminal history warrants a non-Guideline sentence.

IT IS SO ORDERED.

DATED this 24th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge